IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE, ex rel. KATHLEEN JENNINGS, Attorney General of the State of Delaware,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, TYCO FIRE PRODUCTS LP; CHEMGUARD, INC.; BUCKEYE FIRE EQUIPMENT COMPANY; ARKEMA, INC.; BASF CORP.; CLARIANT CORP.; ARCHROMA U.S., INC.; DYNAX CORP.; AGC CHEMICALS AMERICAS, INC.; DAIKIN AMERICA, INC.; CHEMDESIGN PRODUCTS, INC.; CHEMICALS INC.; DEEPWATER CHEMICALS, INC.,<br><br>Defendants. | C.A. No. 23-1363-UNA<br><br>JURY TRIAL DEMANDED |

**DEFENDANT THE 3M COMPANY'S DISCLOSURE**
**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs 3M Company states that it is a publicly-held corporation and no publicly-held corporation owns 10% or more of 3M Company's stock.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton, & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendant The 3M Company*

Dated: November 29, 2023

RLF1 30215508v.1